# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:  212-465-1188
cklee@leelitigation.com

July 1, 2020

**Via ECF**
The Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

*SO ORDERED*
*The initial conference is adjourned from July 22, 2020 to September 30, 2020 at 9:30 a.m.*

/s/ George B. Daniels
HON. GEORGE B. DANIELS

    Re:    *Perez v. 170 John Street NYC Corp et al*
           **Case No. 1:20-cv-02685**

Dear Judge Daniels:

We are counsel to Plaintiff in the above-captioned matter. On April 13, 2020, Your Honor ordered that Initial Pretrial Conference be scheduled for July 22, 2020 at 9:30 a.m. EST (ECF Dkt. No. 8). We write, jointly with counsel for Defendants, to request the Court to adjourn the Initial Conference by at least 15 days.

Pursuant to Your Honor's Order dated May 14, 2020 (ECF Dkt. No. 11), the Parties have completed the exchange of FLSA-related documents required for class mediation. The Parties are scheduled to hold the first class mediation session with Mediator John Drucker on July 30, 2020. As such, we currently do not foresee substantial issues that would require Court intervention before July 30, 2020. Furthermore, the counsel for Defendants is currently recovering from a health condition, which Plaintiff is fully aware of, that would appreciate an adjournment of the Initial Conference.

For the foregoing reasons, we request an adjournment of the Initial Conference by at least 15 days. This is the first request for an adjournment of the Initial Conference.

We thank the Court for considering this matter.

Respectfully submitted,

*/s/ C.K Lee*
C.K. Lee, Esq.

cc: All parties via ECF