UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMIAS PEREZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

170 JOHN STREET NYC CORP.
    d/b/a TRADING POST, and
RICHARD SHERIDAN,

                Defendants.

Case No.: 1:20-cv-02685

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff JEREMIAS PEREZ hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated September 10, 2020 and annexed hereto as **Exhibit A**.

Dated: September 11, 2020　　　　　　　　　　Respectfully submitted,

                By:    */s/ C.K. Lee*

                      C.K. Lee, Esq. (CL 4086)
                      LEE LITIGATION GROUP, PLLC
                      148 West 24th Street, 8th Floor
                      New York, NY 10011
                      Tel.: (212) 465-1188
                      Fax: (212) 465-1181
                      *Attorneys for Plaintiff*