**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JEREMIAS PEREZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

                v.

170 JOHN STREET NYC CORP.
    d/b/a TRADING POST, and
RICHARD SHERIDAN,

                Defendants.

Case No.: 1:20-cv-02685

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

       **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 170 JOHN STREET NYC CORP. d/b/a TRADING POST, RICHARD SHERIDAN and JOHN HIGGINS (collectively, "Defendants"), having offered to allow Plaintiff JEREMIAS PEREZ ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Fifteen Thousand Dollars ($15,000.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated September 10, 2020 and filed as Exhibit A to Docket Number 15.;

       **WHEREAS**, on September 11, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 15);

       It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 10, 2020 and filed as Exhibit A to Docket Number 15. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: _____, 2020      _____
New York, New York                          Judge George B. Daniels
                                                            United States District Judge