UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMIAS PEREZ,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

Plaintiff,

v.

170 JOHN STREET NYC CORP.
d/b/a TRADING POST, and
RICHARD SHERIDAN,

Defendants.

Case No.: 1:20-cv-02685

[PROPOSED]
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 170 JOHN STREET NYC CORP. d/b/a TRADING POST, RICHARD SHERIDAN and JOHN HIGGINS (collectively, "Defendants"), having offered to allow Plaintiff JEREMIAS PEREZ ("Plaintiff") to take a judgment against them, jointly and severally, in the sum of Fifteen Thousand Dollars ($15,000.00), in accordance with the terms and conditions of the Defendants' Rule 68 Offer dated September 10, 2020 and filed as Exhibit A to Docket Number 15.;

**WHEREAS**, on September 11, 2020, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Dkt. No. 15);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 10, 2020 and filed as Exhibit A to Docket Number 15. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: SEP 1 4 2020, 2020
New York, New York

_____
Judge George B. Daniels
United States District Judge